

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Joseph D Registre

---

**Complaint for Employment Discrimination**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

New Dawn Transportation
Durham D&M LLC
Manager: Angela Lopez / Mike

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **CV 23-771**
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
             *(check one)*

Gonzalez, J.
Cho, M.J.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Joseph D Registre
Street Address        1708 E 51th St
City and County       Brooklyn and Kings
State and Zip Code     NY 11234
Telephone Number      912-250-1122
E-mail Address        n3161112266@yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                  New Dawn Transportation
Job or Title          Bus operator
(if known)
Street Address        2352 E 69th St
City and County       Brooklyn and Kings
State and Zip Code    NY 11234
Telephone Number      718-444-0040
E-mail Address
(if known)

Defendant No. 2

Name                  Durham D & M LLC
Job or Title          Bus operator
(if known)
Street Address        2601 Navistar Drive
City and County       Lsle

2

State and Zip Code    IL 80532

Telephone Number    _____

E-mail Address    _____
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name    ANgela Lopez / MiKe

Street Address    2352 E 69th St

City and County    Brooklyn, NY Kings

State and Zip Code    NY 11234

Telephone Number    718-444 0040

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that
apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you
must first obtain a Notice of Right to Sue letter from the Equal
Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.
§§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age
Discrimination in Employment Act, you must first file a charge with the
Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112
to 12117.

*(Note: In order to bring suit in federal district court under the Americans
with Disabilities Act, you must first obtain a Notice of Right to Sue letter
from the Equal Employment Opportunity Commission.)*

3

    ☐     Other federal law *(specify the federal law)*:

_____

    ☐     Relevant state law *(specify, if known)*:

_____

    ☐     Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

    ☐    Failure to hire me.
    ☐    Termination of my employment.
    ☐    Failure to promote me.
    ☑    Failure to accommodate my disability.
    ☑    Unequal terms and conditions of my employment.
    ☑    Retaliation.
    ☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

01/17/2020 _____

4

C.     I believe that defendant(s) *(check one)*:

☐     is/are still committing these acts against me.

☑     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐     race _____

☐     color_____

☐     gender/sex _____

☐     religion _____

☐     national origin _____

☑     age.  My year of birth is __1948__.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑     disability or perceived disability *(specify disability)*
        I Suffer FRom Diabetes

E.     The facts of my case are as follows.  Attach additional pages if needed.

on January 17 2020, it was around 5:20AM in the Morning. I started my shift by going to the office of new dawn transportation to get my punched card. This woman work in the company with another person name Mike. I had to do a trip in between, and realy I already did 2 trip before During the week cause of doing so much trip will cause my diabet to go up since I'm unable to take my medication and eat, and I was told by Mike to go home and the manager Angela lopez, and on monday I was told that I was fired. Since my belief Due to my Age and medical condition

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

IV.  **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

01 / 28 / 2020

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☑  issued a Notice of Right to Sue letter, which I received on *(date)*

11/03/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm seeking for Relief from the Company Due to released me for cause that I didn't do only to fired me because of my Age and medical condition, and need to pay for trip that was not paid by the Company.

6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/27, 2023

Signature of Plaintiff    Joseph D Registre

Printed Name of Plaintiff    Joseph D Registre

7

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

RECEIVED
JAN ... 2023
PRO SE OFFICE

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/03/2022

**To:** Joseph Registre
1708 East 51st Street
Brooklyn, NY 11234
Charge No: 16G-2020-01595

EEOC Representative and email:     Holly Shabazz
S/L Program Manager
Holly.Shabazz@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
11/03/2022

Timothy Riera
Acting District Director